IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Appellee* | : | No. 16-4219 |
| | : | |
| v. | : | |
| | : | |
| ANTHONY JEROME WHITE | : | |
| a/k/a Dean Braithwaite, | : | |
| a/k/a Carlos Valentine, | : | |
| a/k/a Anthony Brown, | : | |
| *Appellant* | : | |

**SUPPLEMENT TO MOTION
FOR LEAVE TO FILE VOLUME 3
OF APPENDIX UNDER SEAL**

Appellant, Anthony Jerome White, by his attorney, Frederick W. Ulrich, Esquire, of the Federal Public Defender's Office, files this Supplement to Motion for Leave to File Volume 3 of Appendix Under Seal, averring as follows:

1. Appellant, Anthony Jerome White, filed a Notice of Appeal on November 29, 2016, in connection with the District Court's order denying Mr. White's motion filed pursuant to 28 U.S.C. §2255, entered on November 8, 2016, in the Middle District of Pennsylvania, at No. 1:06-CR-00266.

2. On March 13, 2017, undersigned counsel filed Mr. White's Opening Brief for Appellant and Appendix.

3.     Volume 3 of the Appendix contained the sentencing transcript, which had been filed under seal in the District Court and, therefore, undersigned counsel moved to file it under seal in this Honorable Court.

4.     On March 24, 2017, this Honorable Court issued an order directing that Appellant file a supplement to the Motion to Seal identifying the desired during of the sealing order.

5.     Pursuant to Third Circuit Local Appellate Rule 106.1(a), within counsel believes that Volume 3 of the Appendix should remain under seal until this Honorable Court issues an opinion or otherwise disposes of the appeal.

WHEREFORE, Appellant, Anthony Jerome White, respectfully files this Supplement to Motion for Leave to File Volume 3 of Appendix Under Seal.

Respectfully submitted,

Date:  March 31, 2017

*/s/ Frederick W. Ulrich*
FREDERICK W. ULRICH, ESQ.
Asst. Federal Public Defender
Attorney ID# PA44855
100 Chestnut Street, Suite 306
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
*fritz_ulrich@fd.org*
*Attorney for Anthony Jerome White*

# CERTIFICATE OF SERVICE

I, Frederick W. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Supplement to Motion for Leave to File Volume 3 of Appendix Under Seal**, via Electronic Case Filing, and/or by placing a copy in the United Sates mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

CARLO D. MARCHIOLI, ESQUIRE
United States Attorney's Office
235 N. Washington Avenue, Room 309
Scranton, PA  18503
*carlo.d.marchioli@usdoj.gov*

ANTHONY JEROME WHITE
Reg. No. 13929-067
USP Lewisburg
PO Box 1000
Lewisburg, PA  17837

Date:  March 31, 2017

*/s/ Frederick W. Ulrich*
FREDERICK W. ULRICH, ESQ.
Asst. Federal Public Defender
Attorney ID# PA44855
100 Chestnut Street, Suite 306
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
*fritz_ulrich@fd.org*
*Attorney for Anthony Jerome White*